# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 5:15-MJ-1728-JG |
| ) | |
| ALAA ISMAIL YASIN ) | |
| *Defendant* ) | |

## ORDER SCHEDULING A DETENTION HEARING
& PROBABLE CAUSE HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Alton Lennon Federal Building and US Courthouse<br>2 Princess Street<br>Wilmington, North Carolina 28401 | Courtroom No.: | Courtroom #3 |
|---|---|---|---|
| | | Date and Time: | Wednesday, July 8, 2015 @ 10:00 AM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 07/02/2015

*Judge's signature*

James E Gates, United States Magistrate Judge
*Printed name and title*