FILED IN OPEN COURT
ON 7-21-15 BRM
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-199-BO(1)

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>ALAA ISMAIL YASIN     ) | I N D I C T M E N T |

The Grand Jury charges that:

## COUNT ONE

On or about October 1, 2013, in the Eastern District of North Carolina, the defendant, ALAA ISMAIL YASIN, did knowingly make a false statement under oath in a case, proceeding, and matter relating to, and under, and by virtue of any law of the United States relating to naturalization, citizenship, and registry of aliens, specifically: YASIN stated falsely in an Application to Extend/Change Nonimmigrant Status (Form I-539) that he was living in his uncle's house in Garner, North Carolina, when in fact, as he then knew, he was living in a different location.

All in violation of Title 18, United States Code, Section 1015(a).

## COUNT TWO

On or about October 1, 2013, in the Eastern District of North Carolina, the defendant, ALAA ISMAIL YASIN, did knowingly make a false statement under oath with respect to a material fact in an application required by the immigration laws and regulations prescribed thereunder, and did knowingly present such application, specifically: YASIN stated falsely in an Application to Extend/Change Nonimmigrant Status (Form I-539) that he was living in his uncle's house in Garner, North Carolina, when in fact, as he then knew, he was living in a different location.

All in violation of Title 18, United States Code, Section 1546(a).

## COUNT THREE

On or about March 19, 2015, in the Eastern District of North Carolina, the defendant, ALAA ISMAIL YASIN, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, specifically: Yasin stated falsely that he was not working, when in fact, as he then knew, he was working in violation of the conditions of his immigration status.

All in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE: 7/21/2015

THOMAS G. WALKER
United States Attorney

BY: ERIC D. GOULIAN
Assistant United States Attorney

3