UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED IN OPEN COURT
ON 9/4/2015
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

No. 5:15-CR-199-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **JUDICIAL ORDER OF REMOVAL** |
| | ) | |
| ALAA ISMAIL YASIN | ) | |

The United States Attorney for the Eastern District of North Carolina and Defendant Alaa Ismail Yasin, with the concurrence of appropriate officials of United States Immigration and Customs Enforcement, have jointly requested and stipulated to entry of a stipulated judicial order of removal under Title 8, United States Code, Section 1228(c)(5). Pursuant to that stipulated request, the Court finds the following:

1. Defendant is not a citizen or national of the United States.

2. Defendant is a native of the West Bank and is not a citizen of any foreign state recognized by the United States.

3. On May 18, 2013, Defendant entered the United States at Chicago, Illinois as a Non-Immigrant Visitor for Pleasure, with authorization to remain in the United States for a period not to exceed November 17, 2013.

4. On October 2, 2013, Defendant filed an application to extend/change non-immigrant status (I-539) from a visitor for pleasure (B-2) to a student (F-1) in order to attend Wake Technical Community College.

5. On September 2, 2014, Defendant's application to extend/change non-immigrant status (I-539) was approved, granting the defendant student status to attend Wake Technical Community College.

6.    In his application to extend/change non-immigrant status (I-539) filed on October 2, 2013, Defendant knowingly stated falsely and under oath that he was residing with at 1116 Brucemont Drive, Garner, North Carolina, when in fact, as he then knew, he was residing at 1503 Harth Drive, Apartment B, Garner, North Carolina.

7.    On September 4, 2015, Defendant pled guilty to the following offenses charged in the Indictment: (1) making a false statement under oath in an immigration application in violation of 18 U.S.C § 1015(a), as charged in Count One of the Indictment; (2) making a material false statement under oath in an immigration application in violation of 18 U.S.C § 1546(a), as charged in Count Two of the Indictment; and (3) making a material false statement in a matter within the jurisdiction of the executive branch of the United States government in violation of 18 U.S.C § 1001(a)(2), as charged in Count Three of the Indictment.

8.    As a result of his guilty plea and conviction on Counts One and Two of the Indictment, Defendant is deportable from the United States pursuant to 8 U.S.C. § 1227(a) (2) (A) (i) for being convicted of a crime involving moral turpitude within five years of entry and being convicted of a crime for which a sentence of one year or longer may be imposed. In addition, Defendant is deportable under 8 U.S.C. § 1227(a) (1) (C) (i) for failing to comply with the conditions of his non-immigrant status.

9.    Defendant has waived any right he may have to apply for relief from removal.

10.   The parties have stipulated that the West Bank is the appropriate destination for removal.

Therefore, IT IS HEREBY ORDERED pursuant to 8 U.S.C. § 1228(c) (5), that Defendant be removed from the United States to the West Bank, and that promptly upon his release from any term of incarceration, United States Immigration and Customs Enforcement shall execute this order of removal according to the applicable laws and regulations of the United States.

Date: _Sept. 4, 2015_

TERRENCE W. BOYLE
United States District Judge